*E-Filed 4/16/2010*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DAWNETTE MONTES, an individual; KELLY BLALOCK, an individual; and SHARON CHARALAMBOUS,<br><br>        Plaintiffs,<br><br>  v.<br><br>BAYER CORPORATION, an Indiana Corporation; BAYER HEALTHCARE PHARMACEUTICALS, INC., a Delaware Corporation; BAYER HEALTHCARE, LLC, a Delaware Limited Liability Company; BERLEX LABORATORIES INTERNATIONAL, INC., a Delaware Corporation; BAYER SCHERING PHARMA AG, a German Corporation; BAYER AG, a German Corporation; SCHERING AG, a German Corporation; MCKESSON CORPORATION, a Delaware Corporation; and DOES 1-50,<br><br>        Defendants.<br>_____/ | No. C 10-01287 RS<br><br>**ORDER CONSOLIDATING MOTIONS FOR HEARING** |

On April 15, 2010, defendants Bayer Corporation; Bayer Healthcare Pharmaceuticals, Inc.; and Bayer Healthcare, LLC, noticed their motion to stay for May 20, 2010 (docket entry 16). On April 16, 2010, plaintiffs Dawnette Montes, Kelly Blalock, and Sharon Charalambous re-noticed

their pending motion to remand for May 27, 2010 (docket entry 19). These motion hearings are hereby consolidated on **May 27, 2010, at 1:30 p.m. in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.**

In accordance with Civil Local Rule 7-7(d), the time for filing and serving opposing papers and reply papers is extended to 21 and 14 days, respectively, preceding the new hearing date.

Dated: 04/16/2010

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE